1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8  NORTHWEST ADMINISTRATORS, INC., )
                                   )  Case No. MC18-0108RSL
9              Plaintiff,          )
        v.                         )
10                                 )  ORDER TO ISSUE WRIT OF
   ROSS ISLAND SAND & GRAVEL CO.,  )  GARNISHMENT
11                                 )
               Defendant,          )
12      v.                         )
                                   )
13 WASHINGTON TRUST BANK,          )
                                   )
14             Garnishee.          )
                                   )
15

16      This matter comes before the Court on plaintiff's "Application for Writ of Garnishment"

17 for property in which the defendant/judgment debtor, Ross Island Sand & Gravel Co., has a

18 substantial nonexempt interest and which may be in the possession, custody, or control of the

19 garnishee, Washington Trust Bank. The Court having reviewed the record in this matter, it is

20 hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment submitted by

21 plaintiff's counsel on October 30, 2018, at Dkt. # 1-3.

22

23      Dated this 1st day of November, 2018.

24

25      _Mr S Lasnik_____

26      Robert S. Lasnik
        United States District Judge

ORDER TO ISSUE WRIT OF GARNISHMENT